Waiver of Indictment

Cr. Form No. 18

**United States District Court**

FOR THE

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-188 (JMR) |
| ) | |
| ZACHARY WILEY MANN, ) | |
| ) | |

Zachary Wiley Mann, the above-named defendant, who is accused of Wire Fraud, in violation of 18 U.S.C. § 1343, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: June 27, 2008

ZACHARY WILEY MANN, Defendant

Timothy C. Rank, Witness

LYONEL NORRIS, Esq.

RECEIVED JUL 01 2008 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED JUL 01 2008 U.S. DISTRICT COURT MPLS